UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM M. BRYSON, JR.<br>FED. REG. NO. 95662-071<br>VS.<br><br>UNITED STATES OF AMERICA | CIVIL ACTION NO. 07-1043<br><br>SECTION P<br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the "Petition to Modify a Conspiracy Sentencing Fraud Sentence" [doc. 1] and the "Motion for Reconsideration and Notice of Intent to Appeal" [doc. 3] be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _____ day of January, 2008.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**